UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| PATRICK WHITE, SR., | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:13-CV-178-DBH |
| | ) | |
| RICK PERRY, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On June 6, 2013, the United States Magistrate Judge filed her Recommended Decision with the court, with a copy to the plaintiff. The time within which to file objections expired on June 24, 2013, and no objection has been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Complaint is **DISMISSED** in its entirety for the plaintiff's failure to prosecute the action and because the Complaint, as currently drafted, fails to state a claim.

**SO ORDERED.**

DATED THIS 9TH DAY OF JULY, 2013

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE